U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

2021 JAN 22  AM 11: 05

DEPUTY CLERK_____ CK

_Angel Reese_____
Plaintiff

v.

_Amazon inc_____
Defendant

3-21CV0146-S

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None

| | |
|---|---|
| Date: | 1/22/2021 |
| Signature: | *Angel A. Reese* |
| Print Name: | Angel A. Reese |
| Bar Number: | |
| Address: | 2715 Naples Dr |
| City, State, Zip: | Garland, TX 75040 |
| Telephone: | 469-268-5819 |
| Fax: | |
| E-Mail: | angelreese18@yahoo.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons